Joseph C. Jones, Plaintiff-Respondent, 
against
Greyhound Express Port Authority, Defendant-Appellant.



Defendant appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York (Debra R. Samuels, J.), entered August 21, 2018, after trial, in favor of plaintiff and awarding him damages in the principal sum of $2,500.




Per Curiam.
Judgment (Debra R. Samuels, J.), entered August 21, 2018, affirmed, without costs.
Applying the narrow review standard in this small claims action (see CCA 1807), and giving due deference to the trial court's findings of fact and credibility determinations (see Williams v Roper, 269 AD2d 125, 126 [2000], lv dismissed 95 NY2d 898 [2000]), we sustain the judgment awarding plaintiff the reasonable value of his property that was lost by defendant, an interstate common carrier. The evidence, fairly interpreted, supports the finding that defendant failed to adduce evidence establishing that it limited its liability to $1,000 under the Carmack Amendment "by written declaration of the shipper or by a written agreement between the shipper and the carrier" (see 49 USC § 11706[c][3]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 17, 2019